SATELE MOMOSEA UOKA, Plaintiff

v.

UIAGALELEI IONA, UIAGALELEI LEALOFI,
TUIASOSOPO MARIOTA, and FALE FAIAI, Defendants

High Court of American Samoa
Trial Division

LT No. 17-86

December 2, 1987

Before REES, Chief Justice.

Counsel: For Plaintiff, Asaua Fuimaono
For Defendant Faiai, Charles Ala'ilima
For Defendant Tuiasosopo, Togiola T.
A. Tulafono
For Defendants Uiagalelei, Aitofele
Sunia

On Motion for Preliminary Injunction:

The Court has been presented with evidence
that defendants Uiagalelei et al. attempted to
conduct a survey in preparation for the trial of
this case and that plaintiff Satele Momosea and two
other Satele family members prevented them from
conducting the survey.

It is extremely important that each party
survey the full extent of the land he claims, even
though such surveys encroach on land also claimed
by other parties to the case. The Court cannot

render a judgment for either side until it has an accurate picture of what is claimed by each and what is in dispute.

Plaintiff Satele Momosea, his aiga, and those acting in concert with him are therefore enjoined from interfering in any way with the efforts of defendants to conduct a survey on the disputed land.